# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**ANDRE L. MANN,**

    **Plaintiff,**

**v.**                                                    Case No. 4:23-cv-21-AW-MAF

**GREGORY COX, et al.,**

    **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having considered the magistrate judge's March 9, 2023 report and recommendation (ECF No. 5)—to which there has been no objection—I now conclude the report and recommendation should be adopted, and I incorporate it into this order. The clerk will enter a judgment that says, "This case is dismissed without prejudice for failure to prosecute and failure to comply with a court order." The clerk will then close the file.

SO ORDERED on April 11, 2023.

                                               s/ *Allen Winsor*
                                               United States District Judge